**Motion Granted; Abatement Order filed October 31, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00810-CV

———————

### IN RE MICROWAVE NETWORKS INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733-A**

## ABATEMENT ORDER

On October 28, 2019, the parties notified this court that they have reached an agreement to settle the underlying action and requested that the mandamus proceeding be abated for execution of the final settlement documents. The motion is granted. Accordingly, we issue the following order.

This mandamus proceeding is abated, treated as a closed case, and removed from this court's active docket until **November 12, 2019**. The mandamus

proceeding will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the mandamus proceeding or other dispositive motion. The court will also consider an appropriate motion to reinstate the mandamus proceeding filed by any party, or the court may reinstate the mandamus proceeding on its own motion.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.